UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CW BAICE LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE WISDOMOBILE GROUP LIMITED, et al.,<br><br>　　　　　Defendants. | Case No. 22-mc-80326-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *CW Baice Limited v. Wisdomobile Group Limited,* 20-cv-03526-YGR.

**IT IS SO ORDERED.**

Dated: December 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge